

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2019

**BY ECF**
The Honorable Richard J. Sullivan
United States Circuit Judge
Second Circuit Court of Appeals
500 Pearl Street
New York, New York 10007
CA02_RJSChambers@ca2.uscourts.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/20

Re: *United States v. Wilfredo Sepulveda*, S3 18 Cr. 363 (RJS)

Dear Judge Sullivan:

The Government writes, pursuant to the Court's November 25, 2019 oral order, to provide an update to the Court regarding restitution and respectfully request additional time to determine the appropriate restitution in the above captioned case.

On November 25, 2019, the Court sentenced the defendant. During sentencing, the Government requested additional time to consider appropriate restitution and the Court requested a status letter no later than December 27, 2019. Since that time, the Government has engaged with defense counsel for certain victims and plans to interview those victims about possible claims of restitution in the coming weeks.

In light of these ongoing efforts, the Government respectfully requests an additional 30 days to consider appropriate restitution and provide a status letter to the Court on January 26, 2019. Pursuant to Title 18, United States Code, Section 3664(d)(5), an order of restitution must be entered no later than 90 days following sentencing. *United States v. Stevens*, 211 F.3d 1, 4 (2d Cir. 2000) ("§ 3664(d)(5) contemplates the entry of the restitution order within the 90-day period . . . ."); *but see United States v. Zakhary*, 357 F.3d 186, 191 (2d Cir. 2004) (describing that entry of a restitution order after the 90-day limit is acceptable in certain circumstances). Here, the 90 days will run on February 23, 2019.

For the foregoing reasons, the Government respectfully requests that it be permitted to update the Court about potential restriction no later than January 26, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Kyle A. Wirshba / Elinor L. Tarlow
Assistant United States Attorney
(212) 637-2591 / 1036

```
IT IS HEREBY ORDERED THAT the deadline by which the
government shall submit a letter apprising the Court as
to whether it will seek restitution in this case, and
the appropriate amount of any restitution, is extended
to January 26, 2020.

Dated:  January 3, 2020
        New York, New York

                    /s/ Richard J. Sullivan
                    RICHARD J. SULLIVAN
                    UNITED STATES CIRCUIT JUDGE
                    Sitting by Designation
```